# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

JEROME COAST JR.,

    Petitioner,

v.

STATE OF GEORGIA, et al.,

    Respondents.

4:23-cv-312

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9, to which no objections have been filed. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Therefore, Petitioner's complaint is **DISMISSED without prejudice**. Further, Petitioner is **DENIED** a certificate of appealability and *in forma pauperis* status on appeal. The Clerk is **DIRECTED** to enter the appropriate judgment and close this case.

**SO ORDERED**, this 10 day of January, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA